IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00157-PAB-MJW

SUSAN P.  WILLIAMS,

Plaintiff(s),

v.

WARREN A.  PROUD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Pro Se Plaintiff's Motion to Strike Conference Date (docket no. 11) is DENIED.  As previously ordered by this court, the Pro Se Plaintiff shall forthwith serve the Defendant.  Moreover, the Pro Se Plaintiff shall meet and confer with the Defendant and prepare and file with the court their proposed Rule 16 Scheduling Order on or before May 1, 2009 or show case why this case should not be dismissed.  *See* previous minute order (docket no. 10).  There is no requirement that a Defendant must first file an Answer before a Rule 16 Scheduling Conference can take place.

Date:  April 9, 2009