# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**   09-cv-00157-PAB-MJW          FTR - Courtroom A-502

**Date:**  August 11, 2009                          Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                     <u>Counsel</u>

SUSAN P.  WILLIAMS,                              Pro Se   (by telephone)


       Plaintiff(s),

v.

WARREN A.  PROUD,                                John M. Case   (by telephone)

       Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC MOTION CONFERENCE
**Court in Session:**   9:04 a.m.
Court calls case.  Telephonic appearances of *Pro Se* Plaintiff and defense counsel.

A telephonic conference has been called to address Defendant's Motion to Vacate Settlement Conference, which is set today at 2:00 p.m.  With no objection from Plaintiff,

**It is ORDERED:**   Defendant's MOTION TO VACATE SETTLEMENT CONFERENCE [Docket No. 32, Filed August 10, 2009] is **GRANTED** for reasons as set forth on the record.  Therefore, the Settlement Conference set August 11, 2009 at 2:00 p.m.  is VACATED.

Plaintiff makes an Oral Motion for Extension of Time regarding deadlines to file response and/or reply.  With no objection from Defendant,

**It is ORDERED:**   Plaintiff shall have to and including **AUGUST 19, 2009** within which to file a Reply as to Plaintiff's Motion to Withdraw Complaint [Docket No. 26] and
Plaintiff shall have to and including **AUGUST 24, 2009** within which to file a Response to Defendant's Motion for Summary Judgment [Docket No. 30].

Final Pretrial Conference remains set March 22, 2010 at 8:30 a.m. and deadline to file proposed Final Pretrial Order remains March 17, 2010.

Hearing concluded.
**Court in recess:**     9:12 a.m.
Total In-Court Time 00: 08

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free 1-800-962-3345.   FAX (303) 893-8305        www.AveryWoods.net