IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00157-PAB-MJW

SUSAN P.  WILLIAMS,

Plaintiff(s),

v.

WARREN A.  PROUD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Protective Order (docket no. 24) (filed on July 13, 2009) is GRANTED.  The Pro Se Plaintiff has failed to file any timely response to this motion (docket no. 24) and therefore this court deems the motion confessed.  In addition, the court finds good cause shown to grant the subject motion (docket no. 24).  The Pro Se Plaintiff is prohibited from seeking discovery concerning the Defendant's income, assets and finances.

Date:  August 11, 2009