IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00157-PAB-MJW

SUSAN P.  WILLIAMS,

Plaintiff(s),

v.

WARREN A.  PROUD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Pro Se Plaintiff's Motion to Strike (docket no. 37) is GRANTED.   The Response (docket no. 31), filed by Defendant, requests attorney fees within the averments and is being construed by this court as a motion for an award of attorney fees and such motion should be brought separately and not within the Response (docket no. 31) pursuant to D.C.COLO.LCivR 7.1C.  The portion of the Response (docket no. 31) wherein Defendant is seeking an award of attorney fees is stricken.

Date:  August 13, 2009