IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00157-PAB-MJW

SUSAN P. WILLIAMS,

Plaintiff(s),

v.

WARREN A. PROUD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Order Prohibiting Ex Parte Communications with the Court and for Sanctions (docket no. 40) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED insofar as this court's Minute Order dated August 11, 2009 (docket no. 35), is VACATED. The remainder of the relief sought in this motion is DENIED.

It is FURTHER ORDERED that the parties shall comply with the Federal Rules of Civil Procedure and the United States District Court for the District of Colorado Local Rules of Practice. In particular, D.C.COLO.LCivR 77.2.

Date: September 25, 2009